United States Magistrate Court
Southern District of Texas
FILED
DEC 0 6 2005
AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
DEC 0 9 2005
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | L-05-cr-2422-01 |
| **Juan Manuel Murray** | § | |

### ORDER

The Court, having considered "Pretrial Services Report" received **December 6, 2005**, is of the opinion and hereby orders that the defendant's bond set at $25,000.00, cash or surety, be modified to a **$75,000.00** bond, with a **$2,500.00** cash deposit and one co-surety, along with the additional bond conditions as set out by Pretrial Services.

SIGNED, this 6th day of December, 2005.

ADRIANA ARCE-FLORES
United States Magistrate Judge

/ ef