United States Magistrate Court
Southern District of Texas
FILED
DEC 1 5 2005
AAF
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 1 9 2005
Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL NO. L-05-2422 |
| Juan Manuel Murray | § § § | |

### DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b) the Defendant, Juan Manuel Murray, affirms that he/she has been charged via indictment or misdemeanor information, has received a copy of the indictment or information, hereby pleads not guilty to the charges contained therein, requests a jury trial and waives appearance at the arraignment scheduled in this case for December 15, 2005.

Respectfully submitted, this 15th day of December, 20 05.

_____
Signature of Defendant

_____
Attorney for Defendant

### ORDER

Based on the affirmations contained in the Defendant's Written Waiver of Arraignment above, the Court:

☑ accepts the Defendant's waiver, excuses his attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for _____.

☐ rejects the Defendant's waiver and requires him to attend the arraignment scheduled in this case.

DONE at Laredo, Texas, this 15th day of December, 2005.

_____
JUDGE PRESIDING